IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER, a Hawai'i corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawai'i corporation;<br><br>Defendants. | CIVIL NO. 06-00605 DAE-BMK<br><br>**DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

Plaintiff, by and through its counsel, hereby demands trial by jury on all of the causes triable in the above-entitled action.

DATED: Honolulu, Hawai'i, November 9, 2006.

_____
WINSTON D.M. LING
LOUIS ERTESCHIK
MATTHEW C. BASSETT

Attorneys for Plaintiff
HAWAI'I DISABILITY RIGHTS CENTER