ORIGINAL

HAWAI'I DISABILITY RIGHTS CENTER

WINSTON D.M. LING 5217
LOUIS ERTESCHIK 5241
MATTHEW C. BASSETT 6443
900 Fort Street, Suite 1040
Honolulu, Hawai'i 96813
Telephone: (808) 949-2922
Facsimile: (808) 949-2928
E-mail: winston@hawaiidisabilityrights.org

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2006

at 12 o'clock and 40 min P M
SUE BEITIA, CLERK

Attorneys for Plaintiff
HAWAI'I DISABILITY RIGHTS CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER; <br><br> Plaintiff, <br><br> vs. <br><br> SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for the Retarded, Inc., and OPPORTUNITIES FOR THE RETARDED, INC.; <br><br> Defendants. | CIVIL NO. CV 06 00605 DAE BMK <br><br> **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF GARY L. SMITH; AFFIDAVIT OF VERNA WAIKIKI; DECLARATION OF WINSTON D.M. LING; EXHIBITS "A"–"H"; PROPOSED ORDER** <br><br> Hearing Date and Time: TBA |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The above-named Plaintiff HAWAI'I DISABILITY RIGHTS CENTER ("HDRC"), by and through its attorneys, Winston D.M. Ling and Louis Erteschik, hereby moves this Court to grant its motion for preliminary injunction, to order Defendants SUSANNA F. CHEUNG and OPPORTUNITIES FOR THE RETARDED, INC. (collectively, "ORI") to immediately provide HDRC with the names and addresses of legal guardians, conservators, or other legal representatives of ORI clients pursuant to 45 C.F.R. § 1386.22(i).

The Motion for Preliminary Injunction is brought pursuant to Rules 53 and 65 of the Federal Rules of Civil Procedure.

This motion is based upon the attached memorandum, affidavits, declarations and exhibits, and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawai'i, November 9, 2006.

_____
WINSTON D.M. LING
LOUIS ERTESCHIK
MATTHEW C. BASSETT

Attorneys for Plaintiff
HAWAI'I DISABILITY RIGHTS CENTER