IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER;<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawai'i corporation;<br><br>Defendants. | CIVIL NO. 06-00605 DAE-BMK<br><br>**DECLARATION OF WINSTON D. M. LING** |

## DECLARATION OF WINSTON D. M. LING

I, WINSTON D. M. LING, do hereby declare as follows:

1. I am an attorney at the Hawai'i Disability Rights Center ("HDRC"), and will serve as Plaintiff's counsel of record in the above-entitled action.

2. Exhibit "A", attached hereto to the Plaintiff's Motion for Preliminary Injunction and filed with the Court on this date, is a true and correct copy of the Settlement Agreement and Access Protocol between HDRC and ORI in HDRC v. Cheung, et al., U.S.D.C. Hawai'i Civil No. 05-00557 DAE-LEK (dismissed with prejudice by the Court, June 5, 2006).

3. Exhibit "B", attached hereto to the Plaintiff's Motion for Preliminary Injunction and filed with the Court on this date, is a true and correct copy of the DD Act regulation 45 C.F.R. § 1386.22.

4. Exhibits "C" through "H", attached hereto to the Plaintiff's Motion for Preliminary Injunction and filed with the Court on this date, are true and correct copies of correspondence between HDRC President Gary L. Smith and ORI President Susanna F. Cheung.

I declare that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawai'i, November 9, 2006.

_____
WINSTON D. M. LING

Declarant