

# HAWAII DISABILITY RIGHTS CENTER

900 Fort Street Mall, Suite 1040, Honolulu, Hawaii 96813
Phone/TTY: (808) 949-2922   Toll Free: 1-800-882-1057   Fax: (808) 949-2928
E-mail: info@hawaiidisabilityrights.org   Website: www.hawaiidisabilityrights.org

**HAND-DELIVERED**

August 28, 2006

Susanna F. Cheung
Opportunities for the Retarded, Inc.
64-1510 Kamehameha Highway
Wahiawa, Hawai'i 96786

**Re: Notice to review records pursuant to an abuse and neglect investigation.**

Dear Ms. Cheung:

The Hawaii Disability Rights Center has received a complaint alleging abuse and neglect of clients at Opportunities for the Retarded, Inc. and its related business entities, and has opened an investigation of the complaint.

**Advance Written Notice to Review Records.** Pursuant to Section 15043 of the Developmental Disabilities Assistance and Bill of Rights Act and the Access Protocol between ORI and HDRC, this letter serves as advance written notice of our intent to review individual records for each client presently served by ORI and its related business entities, including residents as well as non-resident program participants.

The records that we will review as part of our abuse and neglect investigation include, but are not limited to, the following:

1. Psychological, medical and dental records for each client.
2. Case management records for each client.
3. Wage and earnings, vocational training, employment records and sub-minimum wage for each client.
4. Social Security and other public benefits records for each client.
5. Legal documents, including Letters of Guardianship and other guardianship documents for each client.
6. Medicaid billing records for each client.
7. Records of any funds held by ORI for each client.

# Exhibit "C"



**Related Businesses.** Our notice to review individual client records also extends to related corporate and business entities that employ, train, or provide services to ORI clients, and is based on HDRC's authority to investigate alleged abuse and neglect under Section 15043 of the Developmental Disabilities Assistance and Bill of Rights Act.

The related business entities that may have records pertaining to ORI clients include, but are not limited to:

- 2828 Travel, Inc.
- Helemano Plantation, Inc.
- Helemano Services & Management, Inc.
- ORI Anuenue Hale, Inc.

**Full and Complete Records.** Our investigation requires that the above-listed documents be full and complete for each client, and that the Records Manager or Corporate Officer certify that the records are full and complete.

**Review Date.** HDRC personnel will visit ORI on Friday, September 1, 2006, to review these records. The allowance for three business days' notice fulfills the advance notice requirements of the DD Act [42 USC § 15043(a)(J)(i)] and the Access Protocol between HDRC and ORI.

Yours sincerely,

Gary L. Smith
President