CV 06-603 [illegible]




# HAWAII DISABILITY RIGHTS CENTER

900 Fort Street Mall, Suite 1040, Honolulu, Hawaii 96813
*Phone/TTY*: (808) 949-2922 *Toll Free*: 1-800-882-1057 *Fax*: (808) 949-2928
*E-mail*: info@hawaiidisabilityrights.org *Website*: www.hawaiidisabilityrights.org


**HAND-DELIVERED**

September 1, 2006

Susanna F. Cheung
Opportunities for the Retarded, Inc.
64-1510 Kamehameha Highway
Wahiawa, Hawai'i 96786

Re: **Request for Resident, Client, and Guardian information pursuant to an abuse and neglect investigation.**

Dear Ms. Cheung:

As explained in my letter dated August 28, 2006, the Hawaii Disability Rights Center ("HDRC") has received a complaint alleging abuse and neglect of clients at Opportunities for the Retarded, Inc. and its related business entities ("ORI"), and has opened an investigation of the complaint.

**Request for Resident, Client, and Guardian Information.** Pursuant to the Developmental Disabilities Assistance and Bill of Rights Act and its implementing regulations [respectively, 42 U.S.C. § 15043(a)(I)(ii) and (iii) and 42 C.F.R. 1386.22(a)(2) and (3)] and the Access Protocol between HDRC and ORI, we are requesting name and contact information for the following persons:

1. All persons with disabilities currently residing at ORI or its related entities;
2. All persons with disabilities who are provided day program services by ORI or its related entities; and
3. In the event that these persons with disabilities have legal guardians, the names and contact information for each guardian.

**Purpose and Use of Information.** We will attempt to contact each person with a disability or their legal guardian to obtain authorization to review the individual records requested in my August 28, 2006 letter. The records are necessary for HDRC to effectively conduct a full and thorough investigation of the abuse and neglect complaint.

**Exhibit "D"**

**Request Timelines.** Our request for resident, client and guardian information is part of our abuse and neglect investigation, and allows for three business days to gather the information pursuant to the DD Act [42 USC § 15043(a)(J)(i)] and the Access Protocol between HDRC and ORI.

Yours sincerely,

Gary L. Smith
President