

# HAWAII DISABILITY RIGHTS CENTER

900 Fort Street Mall, Suite 1040, Honolulu, Hawaii 96813
Phone/TTY: (808) 949-2922   Toll Free: 1-800-882-1057   Fax: (808) 949-2928
E-mail: info@hawaiidisabilityrights.org   Website: www.hawaiidisabilityrights.org

**Via Certified Mail, Return Receipt**

September 22, 2006

Susanna F. Cheung, President and CEO
Opportunities for the Retarded, Inc.
64-1510 Kamehameha Highway
Wahiawa, Hawai'i 96786

Dear Ms. Cheung:

**Request for Guardian Contact Information (Abuse & Neglect Investigation)**

I am in receipt of your September 20, 2006 letter denying HDRC's repeated requests for name and contact information for the legal guardians of persons currently residing or provided day program services by ORI.

There is no requirement that requires HDRC to disclose the factual details of the reported abuse & neglect other than there is an ongoing investigation regarding the reported abuse & neglect. It is clear that HDRC has federal authority to obtain guardian information within the context of an investigation of any suspected case of abuse and neglect. The DD Act regulations require you to promptly disclose the guardian information when you denied HDRC access to records:

> If a [P&A] system is denied access to ... records covered by the [DD Act] it shall be provided promptly with a written statement of reasons, including, in the case of a denial for alleged lack of authorization, **the name and address of the legal guardian, conservator, or other legal representative of an individual with developmental disabilities**.

45 C.F.R. § 1386.22(i) (boldface emphasis added).  See also <u>Pennsylvania Protection and Advocacy, Inc. v. Royer-Greaves School for the Blind</u>, 1999 WL 179797, *11 (E.D. Pa) (Limiting P&A services only to persons able to consent to access their records is contrary to the purposes of the DD Act, therefore "all a P&A need to do ... to receive a list of guardians is to ask for it"); <u>Robbins v. Budke</u>, 739 F. Supp. 1479 (D.N.M. 1990).

We have used reasonable efforts to resolve this impasse. If we do not receive the requested guardian contact information within 3 days of your receipt of this letter, we will initiate legal proceedings to enforce our access authority.

# Exhibit "F"



HAWAII'S PROTECTION AND ADVOCACY SYSTEM FOR PEOPLE WITH DISABILITIES
HAWAII'S CLIENT ASSISTANCE PROGRAM                                                         CAP

### Intimidation and/or Misinformation of Guardians

It is sufficient to say that we take any efforts by any ORI staff member including you to impede our investigation by intimidation and misinformation seriously and will take any action legally necessary to enforce our authority.

Yours sincerely,

Gary L. Smith
President

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .39 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.65 | 9-22-06 |

Sent To: Susanna F. Cheung, President - ORI
Street, Apt. No.; or PO Box No.: 64-1510 Kamehameha Hwy.
City, State, ZIP+4: Wahiawa, Hawaii 96786

PS Form 3800, June 2002    See Reverse for Instructions

7003 2260 0002 0796 0534

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susanna F. Cheung, President & CEO
Opportunities for the Retarded, Inc
64-1510 Kamehameha Highway
Wahiawa, Hawaii 96786

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): R. VILLANUEVA
C. Date of Delivery: 9/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 0796 0534

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540