

**Opportunities For The Retarded, Inc.**

September 8, 2006

**Susanna F. Cheung, M.Ed.**
Founder, President & CEO

Mr. Gary L. Smith, President
Hawaii Disability Rights Center
900 Fort Street Mall, Suite 1040
Honolulu, HI 96813

Dear Mr. Smith:

This is our response to your hand-delivered letter dated Friday, September 1, 2006, requesting guardian and/or contact information on persons with disabilities currently residing or provided day program services at ORI or "related entities".

We have requested consent for release of contact information for all other persons with disabilities residing or provided day program services at ORI or "related entities", aside from the six individuals HDRC already obtained contact information for. The Office of the Public Guardian had provided contact information to HDRC directly for these six individuals. Following is the requested contact information for the other clients and guardians from whom we have received consent to release such information:

| Client Name | Contact Information | Other Contact | Contact Information |
|---|---|---|---|
| Ralph Sakihama | Phone: 622-3929 | Susanna F. Cheung | Phone: 622-3929 |
| Michael DeGiacomo | Phone: 622-3929 | Rhoda Kaplan | Phone: 638-9056 |
| Nancy Yoshioka | Phone: 622-3929 | Ruth Yoshioka | Phone: 373-3978 |

Pursuant to our settlement agreement, we are not able to release information for clients and/or guardians for whom we do not have valid consents. Please consider this our written statement explaining the reason for our response to your request.

We would like to obtain information on which client the alleged abuse and neglect pertains to and the nature of the alleged abuse and neglect so we can ensure the health and welfare of our clients and to help facilitate providing you necessary information.

Sincerely,

Susanna F. Cheung
President and Chief Executive Officer

**Exhibit "G"**

64-1510 Kamehameha Highway
Wahiawa, HI 96786
Phone: (808) 622-3929 Fax: (808) 621-8227
E-mail: helemano808@hawaii.rr.com

RECEIVED SEP 1 1 2006
HAWAII DISABILITY RIGHTS CENTER