IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I DISABILITY RIGHTS CENTER; <br><br> Plaintiff, <br><br> vs. <br><br> SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC.; <br><br> Defendants. | CIVIL NO. 06-00605 DAE-BMK <br><br> **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff's Motion for Preliminary Injunction having been heard by the

Honorable _____ on _____,

2006, with Winston D.M. Ling, Louis Erteschik and Matthew C. Bassett appearing

for the Plaintiffs, and _____ appearing for the Defendants.

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary

Injunction is hereby GRANTED. ORI shall immediately provide to HDRC the

names and addresses of the legal guardians, conservators, or other legal

representatives of all persons with disabilities who are presently provided services by ORI.

IT IS FURTHER ORDERED that this Order shall not be interpreted to constrain, limit, or restrict HDRC's access authority or ability to conduct a full investigation of alleged abuse and neglect under federal and state protection and advocacy statutes.

DATED: _____.

APPROVED AND SO ORDERED:

_____
HONORABLE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, Hawai'i Disability Rights Center v. Susanna F. Cheung, et al.; Civil No. 06-00605 DAE-BMK

2