ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

PETER W. OLSON     3468-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  polson@cades.com

Attorneys for Counterclaim Defendant
HAWAII DISABILITY RIGHTS CENTER



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, a Hawaii Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawaii Corporation,<br><br>Defendants. | CIVIL NO. 06-00605 DAE-BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES and ORDER<br><br>No trial date set. |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs. All claims and parties are dismissed by this stipulation. There are no remaining parties and/or issues.

All appearing parties have signed this stipulation. There is no trial date set.

DATED: Honolulu, Hawaii, June 2, 2009

_____
LOUIS ERTESCHIK
Attorney for Plaintiff
Hawaii Disability Rights Center

DATED: Honolulu, Hawaii, 6/8/09

_____
PETER W. OLSON
Attorney for Counterclaim Defendant
Hawaii Disability Rights Center

DATED:  Honolulu, Hawaii, ____6/3/2009____.

_____
REUBEN S.F. WONG
DELWYN WONG
Attorneys for Defendants
Susanne F. Cheung and
Opportunities for the Retarded, Inc.

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

_____
Hawaii Disability Rights Center v. Susanna F. Cheung, et al.; Civil No. 06-00605
DAE/BMK; Stipulation for Dismissal With Prejudice of All Claims and All Parties
and ORDER

- 3 -